# MINUTE ORDER

Page 2

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 8/23/19    Time: 2:00 p.m.

Defendant: Pablo Amezcua Dorador     J#: 18332-104    Case #: 19-3350-MJ-Reid
AUSA: Daniel Marcet     Attorney:
Violation: Consp., Pwid Heroin
Surr/Arrest Date: 8/22/19    YOB: 1978

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

- Temp PTD

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 8/28
(PTD) Bond Hearing: 8/28    10:00    Duty    Miami
(Prelim/Arraign) or Removal: 9/6
Status Conference RE:
D.A.R. 13:59:34 / 14:08:25     Time in Court: 5 minutes

s/Lisette Marie Reid     Magistrate Judge