# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 9/9/19      Time: 10:00 a.m.

Defendant: 1) Pablo Amezcua Dorador    J#: 18332-104    Case #: 19-20562-CR-WILLIAMS

AUSA: Chris Clark      Attorney: David Garvin

Violation: Consp to Engage in Money Laundering, Consp Import Heroin, Attempt-Import of Heroin, Attempt Money Laund.

Proceeding: Arraignment      CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No      Recommended Bond:

Bond Set at: Pretrial Detention      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Counsel has filed PERMANENT on ECF.
The Court discharges Juan Maltica.
Defendant Arraigned

~~Reading of indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:16:15      Time in Court: 1