# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATE OF AMERICA,   )
                           )
      Plaintiff,           )
                           )
vs.                        )   CASE NO. 19-20562-CR-WILLIAMS
                           )
Pablo Amezcua Dorador      )
                           )
      Defendants.          )
_____)

## DEFENDANT PABLO AMEZCUA DORADOR'S
## WAIVER OF SPEEDY TRIAL

Pablo Amezcua Dorador, by and through his undersigned counsel, hereby states that he has been advised of his rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and this Court's adoption of the Judicial Council of the Eleventh Circuit's plan to minimize undue delay and further prompt disposition of criminal cases. Mr. Dorador has filed an unopposed motion to continue his change of plea hearing. (Doc. 39) and hereby consents to having his change of plea hearing continued up to and including March 15, 2020 and in so doing, waives any rights he may have under the Speedy Trial Act and the Judicial Council of Eleventh Circuit's plan to minimize undue delay and further prompt disposition of criminal cases.

**Date:** February 20, 2019

      /s/ David M. Garvin
      DAVID M. GARVIN
      Florida Bar No. 347736
      Attorney for Defendant, Pablo A. Dorador
      DAVID M. GARVIN, P.A.
      200 South Biscayne Boulevard, Suite 3150
      Miami, Florida 33131
      Tel: (305) 371-8101
      Email: ontrial2@gmail.com